SEDGWICK LLP
NICHOLAS J. BOOS Bar No. 233399
*nicholas.boos@sedgwicklaw.com*
DEAN J. MCELROY Bar No. 213132
*dean.mcelroy@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG (Bar No. CA 117284)
E-mail: blandsberg@manatt.com
SUSAN PAGE WHITE (State Bar No. 137125)
E-mail: spwhite@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: abriggs@manatt.com
One Embarcadero Center, 30th Floor
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Defendant
DIGNITY HEALTH f/k/a Catholic Healthcare
West d/b/a Mercy General Hospital

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>              Plaintiff,<br>       v.<br><br>DIGNITY HEALTH f/k/a Catholic Healthcare West, a California corporation, and MERCY GENERAL HOSPITAL, a California corporation,<br><br>              Defendants. | Case No.  3:12-cv-02369 EMC<br><br>[Related to Case No.  3:12-cv-02356 EMC]<br><br>**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**<br><br>Date:        February 14, 2013<br>Time:       1:30 p.m.<br>Location: San Francisco Courthouse,<br>                Courtroom 5, 17th Floor<br>Judge:     Hon. Edward M. Chen |

-1-                                       CASE NO.  3:12-cv-02369 EMC

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER

The parties to the above-entitled related action submit this joint case management statement and proposed order pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9. This insurance coverage action is currently stayed pursuant to the Court's August 16, 2012 Order on the parties' Joint Stipulation Re: Stay of Action. This action relates to insurance coverage for an underlying lawsuit against Dignity, entitled *Chopourian v. Catholic Healthcare West, et al.*, United States District Court, Eastern District of California, Case No. 2:09-cv-02972-KJM-KJN (the "*Chopourian* action").

This case has been stayed at the parties' request. In the joint case management statement filed November 7, 2012, counsel for Dignity advised that the parties to the *Chopourian* action reached a settlement in principle in that lawsuit on November 5, 2012, before there was a ruling on Dignity's post-trial motions in the *Chopourian* action. The court was further advised by counsel for Dignity that material terms and conditions regarding the settlement needed to be finalized. As such, the parties requested a 45-day continuance of the initial case management conference and, on November 8, 2012, the Court continued the conference to January 17, 2013. The conference was subsequently continued to February 15, 2013.

On or about November 28, 2012, Dignity settled the *Chopourian* lawsuit. In light of this settlement, Arch and Dignity are engaging in discussions regarding the possible resolution of this action. In light of these discussions, the parties believe it is premature to address most of the issues in the Joint Case Management Statement, including (1) jurisdiction and service; (2) the factual and legal issues; (3) amendments to the pleadings; (4) the parties' Initial Disclosures; (5) discovery-related issues; (6) settlement; (7) whether the case is suitable to be resolved through another means; and (8) trial scheduling and trial issues.

As to the remaining issues, the parties herein respond as follows:

1. The parties are committed to preserving all evidence relevant to this action;
2. The parties have declined to consent to proceed before a Magistrate Judge;
3. Certifications of Interested Parties have been or will be submitted by the parties.

Based upon the fact that Arch and Dignity are in discussions to possibly resolve this case, the parties request a continuance of the Case Management Conference for 45 days.

Respectfully submitted,

Dated: February 7, 2013     **SEDGWICK LLP**

BY:   /s/ Nicholas J. Boos
        Nicholas J. Boos
        Attorneys for Plaintiff
        ARCH INSURANCE COMPANY

Dated: February 7, 2013     **MANATT, PHELPS & PHILLIPS, LLP**

BY:   /s/ Amy B. Briggs
        Amy B. Briggs
        Attorneys for Defendant
        DIGNITY HEALTH f/k/a Catholic Healthcare
        West d/b/a Mercy General Hospital

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Nicholas J. Boos hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

Pursuant to the parties request above, the Case Management Conference is continued to April 25, 2013, at 9:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: February 12, 2013     By: _____
                                            Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-3-     CASE NO. 3:12-cv-02369 EMC

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER

SF/3706262v1