1  SEDGWICK LLP
   NICHOLAS J. BOOS Bar No. 233399
2  *nicholas.boos@sedgwicklaw.com*
   DEAN J. MCELROY Bar No. 213132
3  *dean.mcelroy@sedgwicklaw.com*
   333 Bush Street, 30th Floor
4  San Francisco, California 94104
   Telephone: (415) 781-7900
5  Facsimile:  (415) 781-2635

6  Attorneys for Plaintiff
   ARCH INSURANCE COMPANY
7
   MANATT, PHELPS & PHILLIPS, LLP
8  BARRY S. LANDSBERG (Bar No. CA 117284)
   E-mail: blandsberg@manatt.com
9  SUSAN PAGE WHITE (State Bar No. 137125)
   E-mail:  spwhite@manatt.com
10 11355 West Olympic Boulevard
   Los Angeles, CA  90064-1614
11 Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
12
   MANATT, PHELPS & PHILLIPS, LLP
13 AMY B. BRIGGS (Bar No. CA 194028)
   E-mail: abriggs@manatt.com
14 One Embarcadero Center, 30th Floor
   Telephone:  (415) 291-7400
15 Facsimile:  (415) 291-7474

16 Attorneys for Defendant
   DIGNITY HEALTH f/k/a Catholic Healthcare
17 West d/b/a Mercy General Hospital

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20 ARCH INSURANCE COMPANY,

21          Plaintiff,

22    v.

23 DIGNITY HEALTH f/k/a Catholic
   Healthcare West, a California corporation,
24 and MERCY GENERAL HOSPITAL, a
   California corporation,

25          Defendants.

Case No.  3:12-cv-02369 EMC

[Related to Case No.  3:12-cv-02356 EMC]

**JOINT CASE MANAGEMENT STATEMENT; [P~~ROPOSED~~] ORDER**

Date:      February 14, 2013
Time:      1:30 p.m.
Location: San Francisco Courthouse,
          Courtroom 5, 17th Floor
Judge:    Hon. Edward M. Chen

-1-                                     CASE NO. 3:12-cv-02369 EMC

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER

SF/3706262v1

The parties to the above-entitled related action submit this joint case management statement and proposed order pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.  This insurance coverage action is currently stayed pursuant to the Court's August 16, 2012 Order on the parties' Joint Stipulation Re: Stay of Action.  This action relates to insurance coverage for an underlying lawsuit against Dignity, entitled *Chopourian v. Catholic Healthcare West, et al.*, United States District Court, Eastern District of California, Case No. 2:09-cv-02972-KJM-KJN (the "*Chopourian* action").

This case has been stayed at the parties' request.  In the joint case management statement filed November 7, 2012, counsel for Dignity advised that the parties to the *Chopourian* action reached a settlement in principle in that  lawsuit on November 5, 2012, before there was a ruling on Dignity's post-trial motions in the *Chopourian* action.  The court was further advised by counsel for Dignity that material terms and conditions regarding the settlement needed to be finalized.  As such, the parties requested a 45-day continuance of the initial case management conference and, on November 8, 2012, the Court continued the conference to January 17, 2013.  The conference was subsequently continued to February 15, 2013.

On or about November 28, 2012, Dignity settled the *Chopourian* lawsuit.   In light of this settlement, Arch and Dignity are engaging in discussions regarding the possible resolution of this action.  In light of these discussions, the parties believe it is premature to address most of the issues in the Joint Case Management Statement, including (1) jurisdiction and service; (2) the factual and legal issues; (3) amendments to the pleadings; (4) the parties' Initial Disclosures; (5) discovery-related issues; (6) settlement; (7) whether the case is suitable to be resolved through another means; and (8) trial scheduling and trial issues.

As to the remaining issues, the parties herein respond as follows:

1. The parties are committed to preserving all evidence relevant to this action;
2. The parties have declined to consent to proceed before a Magistrate Judge;
3. Certifications of Interested Parties have been or will be submitted by the parties.

Based upon the fact that Arch and Dignity are in discussions to possibly resolve this case, the parties request a continuance of the Case Management Conference for 45 days.

Respectfully submitted,

Dated: February 7, 2013            **SEDGWICK LLP**

BY:   /s/ Nicholas J. Boos
      Nicholas J. Boos
      Attorneys for Plaintiff
      ARCH INSURANCE COMPANY

Dated: February 7, 2013            **MANATT, PHELPS & PHILLIPS, LLP**

BY:   /s/ Amy B. Briggs
      Amy B. Briggs
      Attorneys for Defendant
      DIGNITY HEALTH f/k/a Catholic Healthcare
      West d/b/a Mercy General Hospital

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Nicholas J. Boos hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

Pursuant to the parties request above, the Case Management Conference is continued to April 25, 2013, at 9:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: February 12, 2013            By: _____
      Judge of the United States District Court

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-            CASE NO. 3:12-cv-02369 EMC

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER

SF/3706262v1